ADAMS, J.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY K. RICHTER, | ) | CASE NO. 1:05CV2465 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| ROBERT JEFFREYS, Warden, | ) | <u>AND ORDER RE: DISMISSING</u> |
| | ) | <u>PETITIONER'S AMENDED</u> |
| Respondent. | ) | <u>APPLICATION FOR</u> |
| | ) | <u>WRIT OF HABEAS CORPUS</u> |
| | ) | [RESOLVING DOC. 20] |

On October 19, 2005, petitioner *pro se* Timothy K. Richter's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 was filed in this Court. On May 15, 2006, the Court granted petitioner's Motion for Leave to Amend His Petition. The Amended Petition alleges thirteen (13) grounds for relief which challenge the constitutional sufficiency of the petitioner's convictions and sentences for one count of domestic violence, one count of attempted rape, and three counts of gross sexual imposition.

The Court referred the above-entitled case to Magistrate Judge George J. Limbert for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). *See* Order (Doc. 6). The magistrate judge submitted a Report and Recommendation (Doc. 18) recommending that the Amended Petition be dismissed with prejudice. Petitioner filed objections to this recommendation (Doc. 20).

The Court has reviewed the report and recommendation of the Magistrate Judge, *de novo*. The Court finds that the report and recommendation is well-supported and that the petitioner's

objections are without merit. Therefore, the report and recommendation of the Magistrate Judge is hereby ADOPTED and the petitioner's objections are OVERRULED. Timothy K. Richter's Amended Petition for a Writ of Habeas Corpus will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| | |
|---|---|
| August 31, 2007 | /s/ John R. Adams |
| Date | John R. Adams |
| | U.S. District Judge |